# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| INTEGRAL WIRELESS TECHNOLOGIES LLC, *Plaintiff,* <br> v. <br> SONIM TECHNOLOGIES, INC., *Defendant.* | Civil Action No. 1:25-cv-00833-RP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff INTEGRAL WIRELESS TECHNOLOGIES LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in its Complaint in this action WITHOUT PREJUDICE. The Defendant has neither filed an Answer nor filed a motion for Summary Judgment in this matter.

Dated: June 17, 2025

Respectfully submitted,

By: */s/ James F. McDonough, III*

James F. McDonough, III (GA 117088)
**ROZIER HARDT MCDONOUGH, PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1283
Email: jim@rhmtrial.com

Jonathan L. Hardt (TX 24039906)
**ROZIER HARDT MCDONOUGH, PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

***Attorneys for Plaintiff INTEGRAL WIRELESS TECHNOLOGIES LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 17th day of June, 2025 I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *James F. McDonough, III*
James F. McDonough, III